Francis D. Everett et al., appellees, v. John Sexton & Company, appellant. Gen. No. 39,243.

Opinion filed June 8, 1937.

Robert J. Hilliard, for appellant. Frederick A. Brown and Max Frederick Goldberg, for appellees; G. Gale Roberson and A. Charles Lawrence, of counsel.

Mr. Justice Friend delivered the opinion of the court.

James H. Deming et al., appellees, v. Roy Erickson, appellant. Gen. No. 39,265.

Opinion filed June 8, 1937. Rehearing denied June 23, 1937.

Marx Loehwing and G. A. Buresh, for appellant. Deming, Jarrett & Mulfinger, for appellees.

Mr. Justice Friend delivered the opinion of the court.

Estate of Peter Feciura, appellee, v. Sam G. Feciura and Gustave G. Feciura et al., appellants. Gen. No. 39,281.

Opinion filed June 8, 1937.

Sam G. Feciura, for appellants. Willard R. Matheny and Louis A. Langille, for appellee.

. Mr. Justice Friend delivered the opinion of the court.

Bertha Schactel, respondent, v. Chicago Drug Corner, petitioner. Gen. No. 39,449.

Opinion filed June 8, 1937.

Cassels, Potter & Bentley, for appellant; Ralph F. Potter, Leslie H. Vogel and Robert B. Johnstone, of counsel. No appearance for appellee.

Mr. Justice Friend delivered the opinion of the court.